IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GTE FEDERAL CREDIT UNION,

              Plaintiff,              CASE NO: 12-CV-01064-JSM

v.

COMPANION PROPERTY & CASUALTY
INSURANCE COMPANY,

              Defendant.
_____/

## ORDER

THIS CAUSE came on to be heard upon a Stipulation between the parties showing that an amicable settlement was reached, and this Court, being advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that this case is dismissed with prejudice, each party to bear its own costs and attorneys' fees. Either party may reopen the case to enforce the terms of the settlement provided that good cause is shown and the motion is made within thirty days of the date of this order.

**DONE AND ORDERED** in Tampa, Florida, on July 30, 2013.

_____
JAMES S. MOODY, Jr.
United States District Judge